[838 NYS2d 798]

MICHELLE ANDERSON, Appellant, v HOUSE OF GOOD SAMARITAN HOSPITAL et al., Respondents, et al., Defendants. (Appeal No. 2.)

Fourth Department, July 18, 2007

**APPEARANCES OF COUNSEL**

*Carroll & Carroll Lawyers, P.C.*, Syracuse (*Woodruff L. Carroll* of counsel), for appellant.

*Amdursky, Pelky, Fennell & Wallen, P.C.*, Oswego (*Timothy J. Fennell* of counsel), for House of Good Samaritan Hospital, respondent..

*Conboy, McKay, Bachman & Kendall, LLP*, Watertown (*Stephen W. Gebo* of counsel), for Mercy Hospital of Watertown, respondent.

*O'Connor, O'Connor, Breese & First, P.C.*, Albany (*George J. Hoffman, Jr.*, of counsel), for Maritza Santana, M.D., respondent.

**OPINION OF THE COURT**

HURLBUTT, J.

■ ■ ■ Same opinion by HURLBUTT, J., as in *Anderson v House of Good Samaritan Hosp.* (44 AD3d 135 [2007]).

SCUDDER, P.J., HURLBUTT, LUNN, GREEN, and PINE, JJ., concur.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.